**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7946**

_____

CHARLES JONES, a/k/a Nicholas Warner Jones,

Plaintiff - Appellant,

versus

BISHOP L. ROBINSON; RICHARD A. LANHAM, SR.;
MELANIE C. PEREIRA; WILLIAM L. SMITH; SEWALL
B. SMITH; PATRICIA BRIGGS; MARGARET CHIPPEN-
DALE; E. JEFFERSON; BRADLEY BUTLER; PURNELL
LEAKE; OFFICER HILTON; TERRY JACKSON; W.
CLARK; A. COWARD; P. RICHARDSON; CAPTAIN
MATTHEWS; OFFICER CAMPHER; CALVIN VINSON,

Defendants - Appellees,

and

JARMAL JOHNSON, Inmate,

Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-94-
2375-L)

_____

Submitted: May 16, 1996                    Decided: May 30, 1996

_____

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Jones, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint and his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. Robinson, No. CA-94-2375-L (D. Md. Nov. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED